July 22, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SANDRA ROONEY, Appellant

NO. 14-14-00356-CV                    V.

JAMES ROONEY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 17, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sandra Rooney.

We further order this decision certified below for observance.